No. 20-1036

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

———————————

SPACE DATA CORPORATION,

*Plaintiff-Appellant*

v.

ALPHABET INC.,
GOOGLE LLC, AND
LOON LLC,

*Defendants-Appellees.*

———————————

On Appeal from the United States District Court
for the Northern District of California,
Case No. 5:16-cv-03260-BLF (Hon. Beth Labson Freeman)

———————————

**APPELLEES' UNOPPOSED MOTION FOR
EXTENSION OF BRIEFING TIME;
DECLARATION OF MATTHIAS KAMBER IN SUPPORT THEREOF**

———————————

Matthias Kamber
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
415-391-5400
mkamber@keker.com

*Counsel for Defendants-Appellees Alphabet Inc., Google LLC, and Loon LLC*

January 15, 2020

1367151

# **CERTIFICATE OF INTEREST**

Counsel for Appellee Google Inc. certifies the following:

1. The full names of every party represented by me are Alphabet Inc., Google LLC, and Loon LLC.

2. The name of the real parties in interest are Alphabet Inc., Google LLC, and Loon LLC.

3. Alphabet Inc., a publicly traded company (NASDAQ: GOOG, GOOGL), has more than 10% ownership of both Google LLC and Loon LLC. No publicly held company owns 10% or more of Alphabet Inc.'s stock.

4. The following law firms and partners or associates appeared for Alphabet Inc., Google LLC, and Loon LLC in the Northern District of California or are expected to appear in this Court:

    KEKER, VAN NEST & PETERS LLP: Robert A. Van Nest; Christa M. Anderson; Matthew M. Werdegar; Matthias A. Kamber, Thomas E. Gorman; Leah Pransky; Shayne Henry; Andrew S. Bruns; Bevan Dowd (no longer with firm); Victor Yu


This 15th day of January 2020.      */s/ Matthias Kamber*
                                      Matthias Kamber

# UNOPPOSED MOTION FOR
# EXTENSION OF BRIEFING TIME

Pursuant to Federal Circuit Rule 26(b), Appellees Alphabet Inc., Google LLC, and Loon LLC ("Google") respectfully move this Court for an extension of time of 30 days for the filing of its brief.

Google's brief is currently due on February 18, 2020. Google has received no previous extensions in this matter. Under the requested 30-day extension, the brief would be due on March 19, 2020. *See* Kamber Decl. ¶ 4. The extension is necessary due to the press of other business before this and other courts and the need for appellate counsel to coordinate with other in-house and outside counsel in the preparation of Google's brief.

Appellant Space Data Corporation sought and received two extensions, pushing the deadline for its opening brief a total of 30 days. *See* Kamber Decl. ¶ 5. Space Data does not oppose this motion and does not intend to file a response. *See* Kamber Decl. ¶ 3.

Dated: January 15, 2020          Respectfully submitted,

                                    */s/ Matthias Kamber*
                                    Matthias Kamber
                                    KEKER, VAN NEST & PETERS
                                    633 Battery Street
                                    San Francisco, CA 94111-1809
                                    Telephone: (415) 391-5400
                                    Facsimile: (415) 397-7188
                                    mkamber@keker.com

*Counsel for Defendant-Appellees Alphabet Inc., Google LLC, and Loon LLC*

# DECLARATION OF MATTHIAS KAMBER IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME

I, Matthias Kamber, hereby declare:

1. I am a partner in the law firm of Keker, Van Nest & Peters LLP and a member of the bar of this Court. I represent Appellees Alphabet Inc., Google LLC, and Loon LLC ("Google") in this appeal.

2. A 30-day extension is necessary due to the press of other business before this and other courts and the need for appellate counsel to coordinate with other in-house and outside counsel in the preparation of Google's brief.

3. Counsel for Plaintiff-Appellant Space Data Corporation ("Space Data") has advised that Space Data does not oppose this motion.

4. Google's brief is currently due on February 18, 2020. With the requested 30-day extension, the brief would be due on March 19, 2020.

5. Space Data received two extensions, totaling 30 days, to the deadline for its initial brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 15, 2020  */s/ Matthias Kamber*
Matthias Kamber
KEKER, VAN NEST & PETERS LLP

# **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the foregoing motion via the Court's CM/ECF on all counsel of record.

DATED: January 15, 2020

                                            */s/ Matthias Kamber*
                                            Matthias Kamber

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On January 15, 2020, I served the following document(s):

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME; DECLARATION OF MATTHIAS KAMBER IN SUPPORT THEREOF**

☒ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Eric C. Liebeler<br>Stinson LLP<br>1775 Pennsylvania Avenue, NW, Suite 800<br>Washington, DC 20006-4605<br>(202) 728-3006<br>(202) 572-9973 – Fax #<br>eric.liebeler@stinson.com<br><br>Attorneys for Plaintiff<br>Space Data Corporation | Kevin Conneely<br>Stinson LLP<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>(612) 335-1829<br>(612) 335-1657 – Fax #<br>kevin.conneely@stinson.com<br><br>Attorneys for Plaintiff<br>Space Data Corporation |

Executed on January 15, 2020, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
PATTY LEMOS

1354545.v1